Civil Action No. 2:25-cv-01321

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>ANDREA RUTH LUCAS, in her official capacity as Acting Chair of the U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION</u> was received by me on *(date)* <u>3/28/2025.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>DEREK LI, TRIAL ATTORNEY</u>, who is designated by law to accept service of process on behalf of <u>ANDREA RUTH LUCAS, in her official capacity as Acting Chair of the U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION</u> on *(date)* <u>Wed, Apr 02 2025 ; 9:18AM</u>

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 04/02/25

_____
*Server's signature*

Kirlian Rivas
_____
*Printed name and title*

633 W. 5th Street Ste. 2883, Los Angeles, CA 90071
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 2, 2025, 9:18 am CDT at 255 EAST TEMPLE STREET #4TH, LOS ANGELES, CA 90012 received by ANDREA RUTH LUCAS, in her official capacity as Acting Chair of the U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, C/O DEREK LI, TRIAL ATTORNEY.

ADDITIONAL DOCUMENTS SERVED: CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1), NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES, NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON, COMPLAINT FOR UNLAWFUL DISCRIMINATION AND RETALIATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 AND THE AMERICANS WITH DISABILITIES ACT OF 1990 DEMAND FOR JURY TRIAL

5/15/25, 1:00 PM                            AFFIDAVIT VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED

## CAUSE NO. 2:25-cv-01321

| ESTEFANE A. FIALLOSS | § | UNITED STATES DISTRICT COURT FOR THE CENTRAL |
|---|---|---|
| Plaintiff, | § | |
| VS. | § | DISTRICT OF CALIFORNIA WESTERN DIVISION |
| ANDREA RUTH LUCAS, in her official capacity as Acting Chair of the U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; and DOES 1- 10, Inclusive | § | |
| Defendant. | § | |

## AFFIDAVIT OF SERVICE - CERTIFIED MAIL

"The following came to hand on 5/12/2025,

SUMMONS IN A CIVIL ACTION, CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1), NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES, NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON, COMPLAINT FOR UNLAWFUL DISCRIMINATION AND RETALIATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 AND THE AMERICANS WITH DISABILITIES ACT OF 1990 DEMAND FOR JURY TRIAL,

and was executed on Thu, May 15 2025, at 12:53pm by mailing to Andrea Ruth Lucas, Acting Chair of the U.S. Equal Employment Opportunity Commission at 255 EAST TEMPLE STREET #4TH, LOS ANGELES, CA 90012, by regular mail and by Certified Mail #9589 0710 5270 1425 2244 12, Return Receipt Requested, Receipt No. 9590 9402 8515 3186 5302 56, a true copy of this citation.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Todd Mack**, I am at least 18 years old, and my address is **3600 South College Road Suite E, Wilmington, NC 28412**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Montgomery** County, State of **Maryland**, on **May 15, 2025.**

_____
Todd Mack

5/15/25, 1:05 PM                    AFFIDAVIT VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED

## CAUSE NO. 2:25-cv-01321

| | | |
|---|---|---|
| ESTEFANE A. FIALLOSS | § | UNITED STATES DISTRICT COURT FOR THE CENTRAL |
| | § | |
| Plaintiff, | § | |
| VS. | § | DISTRICT OF CALIFORNIA WESTERN DIVISION |
| | § | |
| ANDREA RUTH LUCAS, in her official capacity as Acting Chair of the U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; and DOES 1- 10, Inclusive | § | |
| Defendant. | § | UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION |

### AFFIDAVIT OF SERVICE - CERTIFIED MAIL

"The following came to hand on                    ,

**SUMMONS IN A CIVIL ACTION, CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1), NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES, NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON, COMPLAINT FOR UNLAWFUL DISCRIMINATION AND RETALIATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 AND THE AMERICANS WITH DISABILITIES ACT OF 1990 DEMAND FOR JURY TRIAL,**

and was executed on **Thu, May 15 2025, at 12:53pm** by mailing to **Civil Process Clerk United States Attorney's Office Central District of California** at **300 NORTH LOS ANGELES STREET SUITE 7516, LOS ANGELES, CA 90012**, by regular mail and by Certified Mail #9589 0710 5270 1425 2244 29, Return Receipt Requested, Receipt No. **9590 9402 8515 3186 5302 63**, a true copy of the documents listed above.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Todd Mack**, I am at least 18 years old, and my address is **3600 South College Road Suite E, Wilmington, NC 28412**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Montgomery** County, State of **Maryland**, on **May 15, 2025**.

*Todd Mack* (signature)

Todd Mack