BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JULIAN J. XU (Cal. Bar No. 341375)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3104
    E-mail: Julian.Xu@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ESTEFANE A. FIALLOSS., <br><br> Plaintiff, <br><br> v. <br><br> ANDREA RUTH LUCAS, ET AL., <br><br> Defendants. | No. 2:25-cv-01321-JLS-KES <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint served: May 14, 2025 <br> Current response date: July 14, 2025 <br> New response date: August 13, 2025 <br><br> Honorable Josephine L. Staton <br> United States District Judge |

1  IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the time for defendants to respond to plaintiff's complaint in the above-entitled action will be extended 30 days, from July 14, 2025 to August 13, 2025.

Local Rule 8-3 provides that an initial stipulation extending the time by thirty days or less within which to respond to a complaint must be filed with the Court, but does not require Court approval. This is the first request for an extension by defendant.

Respectfully submitted,

Dated: July 14, 2025

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

 /s/ Julian J. Xu
JULIAN J. XU*
Assistant United States Attorney

Attorneys for Defendants

Dated:  July 14, 2025

 /s/ Sa'id Vakili
SA'ID VAKILI
Vakili & Leus, LLP

AttorneyS for Plaintiff

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.