UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ESTEFANE A. FIALLOSS,<br><br>*Plaintiff,*<br><br>v.<br><br>ANDREA RUTH LUCAS,<br><br>*Defendant.* | Case No. 2:25-cv-01321-JLS-JPR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ANDREA RUTH LUCAS'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Honorable Josephine L. Staton<br>United States District Judge |

Before the Court is a Motion to Dismiss Plaintiff Estefane A. Fialloss's ("Plaintiff") Complaint brought by defendant Andrea Ruth Lucas, Acting Chair of the United States Equal Employment Opportunity Commission ("Defendant"). Plaintiff has failed to exhaust her administrative remedies under 42 U.S.C. § 2000e-16(c). *Sommatino v. United States*, 255 F.3d 704, 707 (9th Cir. 2001). Any amendment would be futile. Accordingly, the Court GRANTS Defendant's Motion to Dismiss and DSIMISSES Plaintiff's Complaint without leave to amend.

//

//

1

1    **IT IS SO ORDERED.**

2

3    Dated: _____    _____

4                                      HONORABLE JOSEPHINE L. STATON
                                       UNITED STATES DISTRICT JUDGE

5    Presented by,

6    BILAL A. ESSAYLI
     Acting United States Attorney
7    DAVID M. HARRIS
     Assistant United States Attorney
8    Chief, Civil Division
     DANIEL A. BECK
9    Assistant United States Attorney
     Chief, Complex and Defensive Litigation Section
10
      /s/ Julian J. Xu _____
11   JULIAN J. XU
     Assistant United States Attorney
12
     Attorneys for Defendant
13   Andrea Ruth Lucas

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28