Sa'id Vakili, Esq. (SBN: 176322)
vakili@vakili.com
Robert S. Brown, Esq. (SBN: 187845)
rstanfordbrown@gmail.com
Stephen P. Hoffman, Esq. (SBN: 287075)
hoffman@vakili.com
**VAKILI & LEUS, LLP**
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California 90010-2822
**213/380-6010** | Fax: 213/380-6051

*Counsel for Plaintiff Estefane A. Fialloss*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **ESTEFANE A. FIALLOSS,**<br><br>Plaintiff,<br><br>v.<br><br>**ANDREA RUTH LUCAS, in her official capacity as Acting Chair of the U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; and DOES 1- 10, Inclusive,**<br><br>Defendants. | **CASE NO.: 2:25-cv-01321-JLS-JPRx**<br><br>[*Hon. Josephine L. Staton / Courtroom 8A*]<br><br>**DECLARATION OF SA'ID VAKILI IN SUPPORT OF PLAINTIFF ESTEFANE A. FIALLOSS'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT ANDREA RUTH LUCAS'S MOTION TO DISMISS COMPLAINT**<br><br>Hearing Date: September 12, 2025<br>Time: 10:30 a.m.<br>Location: Courtroom 8A |

---

DECLARATION OF SA'ID VAKILI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT

# DECLARATION OF SA'ID VAKILI

I, SA'ID VAKILI, state and declare as follows:

1. I am a partner with the law firm of Vakili & Leus, LLP, and am counsel for Plaintiff Estefane A. Fialloss ("Plaintiff"). I submit this declaration in support of Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant Andrea Ruth Lucas's Motion to Dismiss Complaint. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would testify competently as to their truth, except as to the matters stated on information and belief, and as to those matters, I believe them to be true.

2. Attached hereto as **Exhibit "A"** is a true and correct copy of the OCRDI Contact Form (the "Contact Form") that Plaintiff submitted to initiate the counseling process.

3. Attached hereto as **Exhibit "B"** is a true and correct copy of the U.S. Equal Employment Opportunity Commission's (the "Agency") November 6, 2024 Notice of Dismissal letter (the "Dismissal Letter") to Plaintiff.

4. Attached hereto as **Exhibit "C"** is a true and correct copy of the document titled "Notice of Appeal Rights."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 22, 2025, in Los Angeles, California.

/s/ *Sa'id Vakili*
SA'ID VAKILI, DECLARANT

DECLARATION OF SA'ID VAKILI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT

# Exhibit: "A"

# Office for Civil Rights, Diversity and Inclusion (OCRDI) Contact Form

Please email the completed form to: contact_ocrdi@eeoc.gov

| | |
|---|---|
| **Initial Contact Date:** 08/28/2024 | **Date of Harm:** 09/2023 |
| **Name:** | **Position Title/Grade:** Investigator, GS7 Step 1 |
| **Home Address (Include City, State, Zip):** 604 E 29th St, Los Angeles, CA 90011 | **Office:** Los Angeles District Office |
| | **Preferred Telephone #:** (323)667-7019 (cell) / (213)785-3091 (work) |
| **Preferred Email Address:** visionloks@gmail.com | |
| **Representative:** Shawna Melva | **Address (Include City, State, Zip):** Unknown |
| **Telephone No.:** (619) 900-1612 (work) | |
| **Attorney:** Y ☐  N ☒ | **Email Address:** shawna.melva@eeoc.gov |

**Statute:** Title VII ☒   ADEA ☐   EPA ☐   GINA ☐   REHAB ☐   PWFA ☐

**WILLING TO USE NAME:** Y ☒   N ☐     **ISSUE RAISED UNDER ANOTHER FORUM?** Y ☐   N ☒
eg: Grievance procedure, MSPB Appeal

### ALLEGED BASES
- ☐ RACE/BLACK
- ☐ RACE/WHITE
- ☒ RACE OTHER
- ☐ RELIGION
- ☒ NATIONAL ORIGIN/HISPANIC
- ☐ NATIONAL ORIGIN/OTHER
- ☒ SEX/FEMALE
- ☐ SEX/MALE
- ☒ DISABILITY/MENTAL
- ☒ DISABILITY/PHYSICAL
- ☐ AGE   DOB _____
- ☐ REPRISAL
- ☒ COLOR
- ☐ SEXUAL ORIENTATION
- ☐ GINA
- ☐ PREGNANCY (TITLE VII/PDA)
- ☐ PREGNANCY (PWFA)
- ☐ REPRISAL (PWFA)

### ALLEGED ISSUES
- ☐ APPOINTMENT/HIRE
- ☒ ASSIGNMENT OF DUTIES
- ☐ AWARDS
- ☐ CONVERSION TO FULL-TIME
- ☐ DEMOTION
- ☐ DUTY HOURS
- ☐ EQUAL PAY VIOLATION
- ☐ EVALUATION/APPRAISAL
- ☐ EXAMINATION/TEST
- ☒ HARASSMENT/NON-SEXUAL
- ☐ HARASSMENT/SEXUAL
- ☐ PAY/INCLUDING OVERTIME
- ☒ OTHER: Intimidation, Retaliation.

- ☐ PROMOTION/NON-SELECTION
- ☒ REASONABLE ACCOMMODATION - DENIED
- ☐ REASSIGNMENT-DENIED
- ☐ REASSIGNMENT - DIRECTED
- ☐ REINSTATEMENT
- ☐ REPRIMAND
- ☐ RETIREMENT
- ☐ SUSPENSION
- ☐ TERMINATION
- ☒ TERMS & CONDITIONS OF EMPLOYMENT
- ☐ TIME & ATTENDANCE
- ☐ TRAINING
- ☐ REASONABLE ACCOMMODATION (FORCED - PWFA)
- ☐ TIME & ATTENDANCE (FORCED - PWFA)

### INVOLVED MANAGEMENT OFFICIAL(S)
1. Mark Brennan
2. Patricia Kane
3. Laura Ishida

**Notes** (Please provide a brief description of your allegation of discrimination)

I have been subjected to harassment by my Enforcement Supervisor, Mark Brennan which includes direct disparaging comments made about my national origin, inquiring to other investigators personal questions about my personal affairs and relationships with male employees outside of work. Using disparaging comments, and making comments with double meaning remarks about race, sex-(females), and offensive mannerisms and/or display of behavior. The conduct has been ongoing and due to other individuals raising concerns to administration, I have countinously been subjected to harassment, intimidation, retaliation, unequal terms and conditions of emploment with no other employee having to be subjected to disproportionate work, having to provide (time in and out), provide information on daily routines and tasks, having to be called over the phone daily and more than once per day, having to be micromanaged, constantly report work status daily, and suffering lack of proper training, guidance, and clarifications on tasks making me over-work cases which has caused being overburdenned with work. No reports have been made but concerns were raised in 03/2024, I asked for a transfer in 03/2024 and was denied. An opening spot for transfer was available but I was still denied. I requested to work from home as an RA and was denied. I recently submutted a new accommodation on 08/27/2024, approval has not been provided yet, However, District Director, Christine Park-Gonzalez stated she would provide a solution. No corrective action hhas take place but Enforcement Manager, Laura Ishida, has escalated the situation to a higher authority.

Revised 9/2023

3

EXHIBIT "A"

# Exhibit: "B"



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington, D.C.  20507
**OFFICE FOR CIVIL RIGHTS, DIVERSITY & INCLUSION**

November 6, 2024

**Via Email**

Estefane Fialloss
visionloks@gmail.com

      Re:     Notice of Dismissal
                *Fialloss v. EEOC*, EEO Complaint No. 2024-0057

Dear Ms. Fialloss:

This letter refers to the above-captioned matter, for which you sought counseling from the Office for Civil Rights, Diversity & Inclusion (OCRDI). OCRDI sent you a Notice of Right to File a Formal Complaint ("NORTF") on September 27, 2024, and you received the NORTF on the same day. The NORTF explained that you must file a formal complaint within fifteen (15) days of receipt of the NORTF. The regulation set forth at 29 C.F.R. § 1614.107(a)(2) states, in pertinent part, that an agency shall dismiss a complaint which fails to comply with the applicable time limits contained in 29 C.F.R. § 1614.106(b) which, in turn, requires the tiling of a formal complaint within fifteen (15) days of receiving the notice of the right to do so. *Bumpers v. Dep't of the Air Force*, EEOC DOC 0120120659 (Apr. 10, 2012). As such, OCRDI deemed your complaint dismissed on October 14, 2024 because you had not filed a formal complaint by that point. *See* Management Directive 110, Chapter 10.I (extending deadlines that fall on Saturday, Sunday, or federal holiday to the following business day).

Additionally, you have indicated that you were pursuing a claim through the Merit Systems Protection Board ("MSPB"). To the extent that you were pursuing this claim independently through the MSPB, your EEO complaint may be dismissed under 29 C.F.R. § 1614.107(a)(4) for electing to pursue the non-EEO process. *Vicente-Colon v. Dep't of Veterans Affairs*, EEOC DOC 0120113628 (Nov. 14, 2012).

Your appeal rights are explained in detail in the enclosure, which includes a copy of Form 573, through which you would submit an appeal. Please note that there are time limits for filing an appeal, if you should decide to do so. If you have any questions, please feel free to contact me.

                                      Sincerely,

                                      /s/ Conor Ahern
                                      Acting Director, Investigations & Compliance Division
                                      Office for Civil Rights, Diversity & Inclusion (OCRDI)
                                      U.S. Equal Employment Opportunity Commission (EEOC)
                                      conor.ahern@eeoc.gov
                                      Tel. (202) 921-2762

Enclosure(s):   Appeal Rights & Form 573

# Exhibit: "C"

## **NOTICE OF APPEAL RIGHTS**

1. Within 30 days of your receipt of this Final Agency Decision, you have the right to appeal to:

    **Office of Federal Operations**
    U.S. Equal Employment Opportunity Commission
    https://publicportal.eeoc.gov/Portal/Login.aspx

    Submissions to OFO may be made through the EEOC Public Portal (https://publicportal.eeoc.gov/Portal/Login.aspx). A link to Frequently Asked Questions regarding the Portal can be found at EEOC Public Portal User Guides and FAQs | U.S. Equal Employment Opportunity Commission.

    The 30-day period for filing an appeal begins on the date of receipt of this Final Agency Decision. An appeal is deemed timely if it is submitted to the EEOC Public Portal before the expiration of the filing period. A copy of EEOC Form 573, Notice of Appeal/Petition is attached.

    Any statement or brief in support of the appeal must be submitted to OFO within 30 calendar days of filing the Notice of Appeal/Petition. **One (1) copy of any appeal AND one (1) copy of any statement or brief filed with OFO must be sent to**:

    Conor Ahern
    Acting Director, Investigations & Compliance Division
    **Office for Civil Rights, Diversity & Inclusion**
    U.S. Equal Employment Opportunity Commission
    conor.ahern@eeoc.gov

    We ask that you please email all case-related communications and documents to the Office for Civil Rights, Diversity & Inclusion (OCRDI) in digital format (*i.e*, in Word or .pdf format).

    If you are represented by an attorney of record, then the 30-day time period within which to appeal is calculated from the date this Final Agency Decision is received by your attorney. In all other instances, the time within which to appeal is calculated from the date of your receipt of this Final Agency Decision.

2. You also have the right to file a civil action in an appropriate United States district court. If you choose to file a civil action under Title VII, the Age Discrimination in Employment Act, the Rehabilitation Act and/or the Genetic Information Nondiscrimination Act, you may do so:

    - within 90 days of receipt of this Final Agency Decision, if no appeal has been filed, or

    - within 90 days after receipt of the EEOC's final decision on appeal, or

    - after 180 days from the date of filing an appeal with the EEOC if there has been no final decision by the Commission.

    You must name the person who is the official agency head as the defendant. You must also state the official title of the agency head. Failure to provide the name or official title

of the agency head may result in dismissal of your case. In your case, you must name as the defendant:

**Charlotte A. Burrows, Chair**
**U.S. Equal Employment Opportunity Commission**

3. If you decide to file a civil action, under Title VII or under the Rehabilitation Act, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action <u>MUST BE FILED WITHIN NINETY (90) CALENDAR DAYS</u> of the date you receive the Final Agency Decision from the agency.

**CERTIFICATE OF SERVICE**
*Estefane A. Fialloss v. Andrea Ruth Lucas*
*USDC C.D. Cal. Case No.: 2:25-cv-01321-JLS-JPRx*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On August 22, 2025, I served the foregoing document described as **DECLARATION OF SA'ID VAKILI IN SUPPORT OF PLAINTIFF ESTEFANE A. FIALLOSS'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT ANDREA RUTH LUCAS'S MOTION TO DISMISS COMPLAINT** on all interested parties in this action at the addresses listed below, as follows:

Julian J. Xu, Esq.
Assistant United States Attorney
Julian.Xu@usdoj.gov
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012

**213/894-3104**

*Counsel for Defendant Andrea Ruth Lucas*

I hereby certify that on the 22th day of August 2025, I will cause to be served the above-referenced document via the United States District Court's Electronic Filing Program on the designated recipient via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing ("NEF") to the filing party, the assigned judge, and any registered users in this action. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

/s/ *Jason C. Ming*
Jason C. Ming