BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JULIAN J. XU (Cal. Bar No. 341375)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3104
    E-mail: Julian.Xu@usdoj.gov

Attorneys for Defendant Andrea Ruth Lucas

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ESTAFANE A. FIALLOSS,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREA RUTH LUCAS, et al.,<br><br>    Defendants. | No. 2:25-cv-01321-JLS-JPR<br><br>***EX PARTE* APPLICATION OF DEFENDANT ANDREA RUTH LUCAS FOR A STAY OF THE ENTIRE CASE DUE TO THE LAPSE IN APPROPRIATIONS; DECLARATION OF JULIAN J. XU**<br><br>[(Proposed) Order filed concurrently herewith]<br><br>Honorable Josephine L. Staton<br>United States District Judge |

1      Undersigned counsel, on behalf of defendant Andrea Ruth Lucas, in her official capacity as Acting Chair of the U.S. Equal Employment Opportunity Commission, ("Defendant"), hereby applies *ex parte* for an order staying the entire case due to the lapse of appropriations.

      1.    At the end of the day on September 30, 2025, the appropriations act that had been funding the majority of federal agencies expired, including the Department of Justice ("DOJ"), of which the United States Attorney's Office is a component, and the United States Equal Employment Opportunity Commission ("EEOC").

      3.    Due to the lapse in appropriations, many federal employees have been furloughed and are prohibited by law from working.

      4.    Undersigned counsel was informed that, due to the lapse in appropriations, most EEOC agency counsel and staff in both the Regional Office and Washington D.C. Central Office have been placed on furlough status. Decl. of Julian J. Xu ¶ 2.

      5.    Undersigned counsel was informed that his point-of-contact at the EEOC is only permitted to perform "emergency work" involving the safety of human life or protection of property, which does not include work in general civil matters, including processing litigation requests and assisting in civil litigation. *Id.* ¶ 3.

      6.    Without assistance from the agency, it is impossible to obtain necessary client input to draft the parties' joint 26(f) report, due Friday, October 31, 2025, nor is it possible to obtain civil litigation support and strategy. *Id.* ¶ 4.

      7.    Undersigned counsel for Defendant therefore requests a stay of the entire case until Congress has restored appropriations.

      8.    Pursuant to L.R. 7-19.1, this request follows undersigned counsel for Defendant's meet and confer with Plaintiff's counsel on October 24, 2025. *Id.* ¶ 5. Plaintiff's counsel indicated that he would not oppose this request. *Id.*

      **Urgency:** This order is sought by means of an *ex parte* application, because there is insufficient time to file a noticed motion.

      Therefore, although Defendant greatly regrets any disruption caused to the Court

and to Plaintiff, Defendant hereby moves for a stay of the entire case due to the lapse in appropriations until Congress has restored appropriations.

Dated: October 28, 2025

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

　　/s/ *Julian J. Xu*
JULIAN J. XU
Assistant United States Attorney

Attorneys for Defendant Andrea Ruth Lucas

# DECLARATION OF JULIAN J. XU

I, JULIAN J. XU, declare:

1. I am an Assistant United States Attorney in the Civil Division of the United States Attorney's Office. I am assigned to defend this action. If called as a witness, I could and would testify competently thereto.

2. I have been informed that, due to the lapse in appropriations, EEOC agency counsel and staff in both the Regional Office and Washington D.C. Central Office have been placed on furlough status.

3. I have been informed that my point-of-contact at the EEOC is only permitted to perform "emergency work" involving the safety of human life or protection of property, which does not include work in general civil matters, including processing litigation requests and assisting in civil litigation.

4. Without assistance from the agency, it is impossible to obtain necessary client input to draft the parties joint 26(f) report, nor is it possible to obtain civil litigation support and strategy.

5. On Friday, October 24, 2025, I called Plaintiff's Counsel Sa'id Vakili to give notice of this *ex parte* application. Mr. Vakili indicated that he would not oppose this application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2025, at Los Angeles, California.

/s/ *JULIAN J. XU*
JULIAN J. XU