1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ESTAFANE A. FIALLOSS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA RUTH LUCAS, et al.,<br><br>Defendant. | No. 2:25-cv-01321-JLS-JPR<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT ANDREA RUTH LUCAS'S *EX PARTE* APPLICATION FOR A STAY OF THE ENTIRE CASE DUE TO THE LAPSE IN APPROPRIATIONS**<br><br>Honorable Josephine L. Staton<br>United States District Judge |

1

Before the Court is Defendant Andrea Ruth Lucas's *Ex Parte* Application for a Stay of the Entire Case Due to the Lapse in Appropriations. Having considered the Application, and good cause appearing, it is hereby GRANTED that:

1. The entire case shall be stayed due to the lapse in appropriations until Congress has restored appropriations.

2. The United States is ordered to file a status report within fourteen (14) calendar days from the date appropriations are restored.

Dated: _____

                                               _____
                                               HONORABLE JOSEPHINE L. STATON
                                               UNITED STATES DISTRICT JUDGE