FILED
CLERK, U.S. DISTRICT COURT
10/28/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: KD DEPUTY

**DENIED BY ORDER OF THE COURT**

The denial is without prejudice. Parties are not to file *ex parte* applications without meeting and conferring with the other side to (1) determine if a stipulation and proposed order can be filed; and (2) to give the other party notice as required on Judge Staton's procedures page.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ESTAFANE A. FIALLOSS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA RUTH LUCAS, et al.,<br><br>Defendant. | No. 2:25-cv-01321-JLS-JPR<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT ANDREA RUTH LUCAS'S *EX PARTE* APPLICATION FOR A STAY OF THE ENTIRE CASE DUE TO THE LAPSE IN APPROPRIATIONS**<br><br>Honorable Josephine L. Staton<br>United States District Judge |

1

     Before the Court is Defendant Andrea Ruth Lucas's *Ex Parte* Application for a Stay of the Entire Case Due to the Lapse in Appropriations. Having considered the Application, and good cause appearing, it is hereby GRANTED that:

     1.    The entire case shall be stayed due to the lapse in appropriations until Congress has restored appropriations.

     2.    The United States is ordered to file a status report within fourteen (14) calendar days from the date appropriations are restored.

Dated: _____

                        HONORABLE JOSEPHINE L. STATON
                        UNITED STATES DISTRICT JUDGE