we

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ESTAFANE A. FIALLOSS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA RUTH LUCAS, et al.,<br><br>Defendant. | No. 2:25-cv-01321-JLS-JPR<br><br>[PROPOSED] **ORDER GRANTING STIPULATION FOR A STAY OF THE ENTIRE CASE DUE TO THE LAPSE IN APPROPRIATIONS**<br><br>Honorable Josephine L. Staton<br>United States District Judge |

Before the Court is the parties' Stipulation for a Stay of the Entire Case Due to the Lapse in Appropriations. Having considered the Stipulation, and good cause appearing, it is hereby GRANTED that:

1. The entire case shall be stayed due to the lapse in appropriations until Congress has restored appropriations.

2. Defendant is ordered to file a status report within fourteen (14) calendar days from the date appropriations are restored.

Dated: _____

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE