NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTAFANE A. FIALLOSS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA RUTH LUCAS, et al.,<br><br>Defendant. | Case No. 2:25-cv-01321-JLS-JPR<br><br>**ORDER GRANTING STIPULATION FOR A STAY OF THE ENTIRE CASE DUE TO THE LAPSE IN APPROPRIATIONS (Doc. 23)** |

Before the Court is the parties' Stipulation for a Stay of the Entire Case Due to the Lapse in Appropriations.  (Doc. 23.)  Having considered the Stipulation, and good cause appearing, it is hereby GRANTED that:

1. The entire case shall be STAYED due to the lapse in appropriations until Congress has restored appropriations.

2. The parties are ORDERED to file a Joint Rule 26(f) Report within **fourteen (14) days** from the date appropriations are restored.

Dated: October 30, 2025     _____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE