___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-01321-JLS-JPR                                    Date: January 13, 2026
Title: Estefane A. Fialloss v. Andrea Ruth Lucas et al

___

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Kelly Davis  |  N/A  |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings:**      **(IN CHAMBERS) ORDER RE FILING OF AN AMENDED JOINT RULE 26(f) REPORT**

The Court has received and reviewed the parties' Joint Rule 26(f) Report. (Doc. 24.)  The Scheduling Conference has been vacated.

Defendant explained at various points in the Report that information could not be provided because employees with relevant information were furloughed.  Although the shutdown that caused the lapse in appropriations to federal agencies has ended, the parties have failed to file an amended Joint Rule 26(f) Report as required by the Court's October 30, 2025 Order (Doc. 25.)

In repeatedly citing the lapse in appropriations as the reason for not setting forth Defendant's position regarding many issues, Defendant has failed to participate meaningfully in the filing of the existing Joint Rule 26(f) Report.  For her part, Plaintiff has failed to identify a schedule that conforms with the Court's presumptive schedule or explains why deviations therefrom are required.

Therefore, the Court ORDERS the parties to again confer and to file an amended Joint Rule 26(f) Report no later than seven days from the entry of this Order.

**IT IS SO ORDERED.**

Initials of Deputy Clerk:  kd

___