# EXHIBIT A
# PROPOSED SCHEDULE OF PRETRIAL AND TRIAL DATES

**CASE NAME:** Fialloss v. Lucas et al.

**CASE NO:** 2:25-cv-01321-JLS-JPR

| Matter | Deadline | Plaintiff(s) Request | Defendant(s) Request |
|---|---|---|---|
| Last Day to File Motions to Add Parties and Amend Pleadings | Scheduling Conference Date plus 8 weeks | 03/13/2026 | 03/13/2026 |
| Fact Discovery Cut-Off | Depending on case complexity, generally a Friday between 6-9 months after the Scheduling Conference | 09/04/2026 | 09/04/2026 |
| Last Day to File Motions (except *Daubert* and all other Motions in Limine) | 2 weeks after Fact Discovery Cut-Off | 09/18/2026 | 09/18/2026 |
| Last Day to Serve Initial Expert Reports | 2 weeks after Fact Discovery Cut-Off | 09/18/2026 | 09/18/2026 |
| Last Day to Serve Rebuttal Expert Reports | 6 weeks after Fact Discovery Cut-Off | 10/16/2026 | 10/16/2026 |
| Last Day to Conduct Settlement Proceedings | 9 weeks after Fact Discovery Cut-Off | 11/06/2026 | 11/06/2026 |
| Expert Discovery Cut-Off | 10 weeks after Fact Discovery Cut-Off | 11/13/2026 | 11/13/2026 |
| Last Day to file *Daubert* Motions: | 1 week after Expert Discovery Cut-Off | 11/20/2026 | 11/20/2026 |
| Last Day to File Motions in Limine: | 4 weeks before the FPTC | 01/08/2027 | 01/08/2027 |
| Final Pre-Trial Conference **(Friday at 10:30 a.m.)** | 22 weeks after Fact Discovery Cut-Off | 02/05/2027 | 02/05/2027 |
| **Revised: September 19, 2023** | | | |