# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ESTEFANE A. FIALLOSS

PLAINTIFF(S),

v.

ANDREA RUTH LUCAS, et al.

DEFENDANT(S).

CASE NUMBER:

2:25−cv−01321−JLS−JPR

**NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER**

To:  All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for direct reassignment.

Accordingly, this case has been reassigned to:

Hon.  ___Diana M. Kwok___, Magistrate Judge for:

any discovery and/or post−judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read:  ___2:25−cv−01321−JLS(DMKx)___. This is very important because documents are routed by the initials.

Clerk, U.S. District Court

 _March 24, 2026_
Date

By:  _/s/ Nancy Hackney_
Deputy Clerk