TODD BLANCHE
Acting Attorney General
BILAL A. ESSALI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
JOSEPH M. BRIONES (Cal. Bar No. 303190)
Assistant United States Attorney
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 917-1952
        E-mail: Joseph.Briones@usdoj.gov

Attorneys for Defendant

Sa'id Vakili
Robert S. Brown
VAKILI & LEUS LLP
3701 Wilshire Boulevard Suite 1135
Los Angeles, CA 90010-2822
213-380-6010
Fax: 213-380-6051
Email: vakili@vakili.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ESTEFANE A. FIALLOSS,<br><br>       Plaintiff,<br><br>       v.<br><br>ANDREA RUTH LUCAS, *in her official capacity as Acting Chair of the U.S. Equal Employment Opportunity Commission,*<br><br>       Defendant. | No. 2:25-cv-1321-JLS-DMK<br><br>**STIPULATION TO CONTINUE REMAINING DEADLINES FOR NINETY (90) DAYS**<br><br>([Proposed] Order filed concurrently herewith)<br><br>Honorable Josephine L. Staton<br>United States District Judge |

1

IT IS HEREBY STIPULATED by and between Estefane A. Fialloss ("Plaintiff") and defendant Andrea Ruth Lucas, in her official capacity as Acting Chair of the U.S. Equal Employment Opportunity Commission ("Defendant") (together, the "Parties"), through their respective counsel, that the Court continue the remaining deadlines for approximately ninety (90) days. The Parties respectfully submit that good cause exists for the requested continuance, as follows:

1.      Plaintiff filed her Complaint for Unlawful Discrimination and Retaliation in Violation of Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act of 1990 on February 14, 2025. [Dkt. 1.] Plaintiff was hired by the Equal Employment Opportunity Commission ("EEOC") as an Equal Opportunity Investigator (Bilingual-Spanish) in the Los Angeles District Office's Enforcement Unit on August 31, 2023. *See id.* ¶¶ 2, 31. Plaintiff was subject to a one-year probationary period. *Id.* ¶ 32. Plaintiff alleges that soon after she began her employment, she was subjected to racist and offensive comments. *See id.* ¶¶ 34-37. Plaintiff alleges that her supervisor retaliated against her for reporting these comments. *Id.* ¶ 44. Plaintiff was terminated on September 23, 2024, two days before her probationary period would have expired. *Id.* ¶ 73. Plaintiff brought claims for unlawful race, color, sex, and national origin discrimination, retaliation, and disability discrimination. *See id.*

2.      The Court denied Defendant's motion to dismiss on September 9, 2025. [Dkt. 17.]

3.      Defendant answered the Complaint on September 23, 2025. [Dkt. 18.]

4.      On October 29, 2025, the Parties stipulated to stay the case due to the lapse in appropriations, which the Court granted on October 30, 2025. [Dkt. 23, 25.]

5.      The Parties filed a Joint Report Rule 26(f) Discovery Plan on January 20, 2026. [Dkt. 28.]

6.      On January 27, 2026, the Court issued the Scheduling Order. [Dkt. 29.]

7.      Panel mediator Justin Morello was assigned on March 3, 2026. [Dkt. 32.] Mediation is scheduled for July 31, 2026. [Dkt. 34.]

8. The Parties now respectfully request a ninety (90)-day continuance of the remaining deadlines because the Assistant U.S. Attorney initially assigned to this case transferred to the Criminal Division and is currently on paternity leave.

9. The case was only recently reassigned, and counsel needs to become familiar with it and prepare for the July 31, 2026, mediation.

10. The Parties respectfully submit that allowing the continuance will enable them to focus on the upcoming mediation and to allow new counsel to become familiar with the facts of this case.

11. The Parties respectfully request that the Court continue the remaining deadlines as follows:

| Matter | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Fact Discovery Cut-off | 9/4/2026 | 12/4/2026 |
| Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine): | 9/18/2026 | 12/16/2026 |
| Last Day to Serve Initial Expert Reports | 9/18/2026 | 12/16/2026 |
| Last Day to Serve Rebuttal Expert Reports | 10/16/2026 | 1/15/2027 |
| Last Day to Conduct Settlement Proceedings | 11/13/2026 | No change. |
| Expert Discovery Cut-off | 11/13/2026 | 2/11/2027 |
| Last Day to File Daubert Motions | 11/20/2026 | 2/19/2027 |
| Last Day to File Motions in Limine | 1/8/2027 | 4/9/2027 |
| Final Pretrial Conference (10:30 a.m.) | 2/5/2027 | 5/7/2027 |
| Preliminary Trial Estimate | 3-7 days | No change. |

12. A proposed order is submitted currently herewith.

Dated: July 6, 2026          Respectfully submitted,

TODD BLANCHE
Acting Attorney General
BILAL A. ESSALI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section


___/s/ Joseph M. Briones_____
JOSEPH M. BRIONES
Assistant United States Attorney

Attorneys for Defendant

Dated: July 6, 2026          Respectfully submitted,

Vakili and Leus LLP


___/s/ Sa'id Vakili_____
Sa'id Vakili

Attorneys for Plaintiff


*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

4