UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ESTEFANE A. FIALLOSS, | No. 2:25-cv-1321-JLS-DMK |
| Plaintiff, | **[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE REMAINING DEADLINES FOR NINETY (90) DAYS** |
| v. | |
| ANDREA RUTH LUCAS, *in her official capacity as Acting Chair of the U.S. Equal Employment Opportunity Commission*, | Honorable Josephine L. Staton United States District Judge |
| Defendant. | |

For good cause shown, the Parties' Stipulation to Continue Remaining Deadlines by Ninety (90) Days is hereby approved. The Court sets the following deadlines:

| Matter | Prior Deadline | New Deadline |
|---|---|---|
| Fact Discovery Cut-off | 9/4/2026 | 12/4/2026 |
| Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine): | 9/18/2026 | 12/16/2026 |
| Last Day to Serve Initial Expert Reports | 9/18/2026 | 12/16/2026 |
| Last Day to Serve Rebuttal Expert Reports | 10/16/2026 | 1/15/2027 |
| Last Day to Conduct Settlement Proceedings | 11/13/2026 | No change. |
| Expert Discovery Cut-off | 11/13/2026 | 2/11/2027 |
| Last Day to File Daubert Motions | 11/20/2026 | 2/19/2027 |
| Last Day to File Motions in Limine | 1/8/2027 | 4/9/2027 |
| Final Pretrial Conference (10:30 a.m.) | 2/5/2027 | 5/7/2027 |
| Preliminary Trial Estimate | 3-7 days | No change. |

IT IS SO ORDERED.


Dated: _____


_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1