# N O   F U R T H E R   E X T E N S I O N S
# W I L L   B E   G R A N T E D

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEFANE A. FIALLOSS,<br><br>       Plaintiff,<br><br>v.<br><br>ANDREA RUTH LUCAS, *in her official capacity as Acting Chair of the U.S. Equal Employment Opportunity Commission*,<br><br>       Defendant. | Case No. 2:25-cv-1321-JLS-DMK<br><br>**ORDER (1) GRANTING STIPULATION TO CONTINUE REMAINING DEADLINES FOR NINETY (90) DAYS (Doc. 35), AND (2) MODIFYING SCHEDULING ORDER** |

For good cause shown, the Parties' Stipulation to Continue Remaining Deadlines by Ninety (90) Days is GRANTED.  (Doc. 35.)  The Court sets the following deadlines:

| Matter | Prior Deadline | New Deadline |
|---|---|---|
| Fact Discovery Cut-off | 9/4/2026 | 12/4/2026 |
| Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine): | 9/18/2026 | 12/16/2026 |
| Last Day to Serve Initial Expert Reports | 9/18/2026 | 12/16/2026 |
| Last Day to Serve Rebuttal Expert Reports | 10/16/2026 | 1/15/2027 |
| Last Day to Conduct Settlement Proceedings | 11/13/2026 | No change. |
| Expert Discovery Cut-off | 11/13/2026 | 2/11/2027 |
| Last Day to File Daubert Motions | 11/20/2026 | 2/19/2027 |
| Last Day to File Motions in Limine | 1/8/2027 | 4/9/2027 |
| Final Pretrial Conference (10:30 a.m.) | 2/5/2027 | 5/7/2027 |
| Preliminary Trial Estimate | 3-7 days | No change. |

Dated: July 13, 2026

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2